IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIO ROMANO and GINA ROMANO, husband and wife,
Plaintiffs

v.

WOODLOCH PINES RESORT, aka, d/b/a WOODLOCH PINES; WOODLOCH PINES, INC.; and WOODLOCH HOSPITALITY CORPORATION,
Defendants

No. 3:13cv2933

(Judge Munley)

## ORDER

Before the court for disposition are several motions in limine filed by the parties in the instant action. After a careful review of the matters, it is hereby ordered as follows:

1) Defendants' motion in limine to preclude liability experts (Doc. 26) is **GRANTED** in part and **DENIED** in part. It is granted to the extent that plaintiffs are precluded from obtaining an expert on liability, but it is **DENIED** with regard to precluding the testimony of Plaintiff Mario Romano, James Kokinakos, and Nicola Dire;[1]

---

[1] This denial is without prejudice to the defense objecting at trial if they feel these witnesses are asked to give improper opinion testimony.

2) Defendant's motion in limine to exclude photographs (Doc. 36) is **DENIED**;

3) Plaintiffs' motion in limine to preclude simple assault charge (Doc. 28) is **GRANTED**;

4) Plaintiffs' motion in limine to preclude intent to jump (Doc. 30) is **GRANTED** with respect to the testimony of Linda Gager-Pugh and Judy Mincz and **DENIED** in all other respects;

5) Plaintiffs' motion in limine to preclude allegedly being loud and obnoxious (Doc. 32) is hereby **GRANTED**; and

6) Plaintiffs' motion in limine to preclude alcohol consumption (Doc. 34) is **GRANTED** and is broadened to include evidence of plaintiffs or their companions "being served" alcohol on the night in question.

Date: 4/21/15

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court