IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO ROMANO, and GINA ROMANO, <br><br>**Plaintiffs** <br><br>v <br><br>WOODLOCH PINES RESORT, WOODLOCH PINES, INC., and WOODLOCH HOSPITALITY CORPORATION, **Defendants** | 3:13-cv-2933 <br><br>(Judge Munley) |

## JURY TRIAL ORDER

As per the pretrial conference held in the above case on April 22, 2015, *trial is scheduled with jury selection* to begin on **Tuesday, September 15, 2015 at 9:00** in the William J. Nealon Federal Building, N. Washington Avenue and Linden Street, Scranton, PA in a courtroom to be determined.

If the case settles after 5:00 p.m. on the Friday before the date of trial, counsel should report the fact of settlement by notifying chambers at sylvia_murphy@pamd.uscourts.gov. by noon of the Sunday preceding the date for jury selection.

Counsel is reminded that **requested jury voir dire questions, trial briefs on critical legal issues, proposed jury instructions, and proposed verdict forms are due by** *August 21, 2015.* In addition, both defense and plaintiff counsel shall submit a final witness list and a brief summary of their testimony by *August 21, 2015.*

*At the beginning of trial, two (2) copies of transcripts of any depositions used shall be submitted to the Court. In addition, parties are to submit three (3) exhibit binders which include all exhibits, including one set for the opposition.*

**ALL COUNSEL ARE HEREBY ATTACHED FOR TRIAL ON THE ABOVE DATE. NO CONTINUANCES WILL BE GRANTED.**

BY THE COURT:

Dated: 4/22/15

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court